JAMES McGRATH, DEFENDANT IN ERROR, v. HANNAH
V. H. T. HERVEY, PLAINTIFF IN ERROR.

Argued November 24, 1899—Decided November 24, 1899.

On error to the Hudson Circuit.

For the plaintiff in error, *Charles C. Black.*

PER CURIAM.
The judgment of the Hudson Circuit is reversed.

*For affirmance*—None.

*For reversal* — THE CHIEF JUSTICE, DEPUE, VAN
SYCKEL, DIXON, GARRISON, LIPPINCOTT, GUMMERE,
LUDLOW, COLLINS, BOGERT, HENDRICKSON, ADAMS,
VREDENBURGH.  13.

---

MARY EIBEL ET AL., DEFENDANTS IN ERROR, v. AUGUSTE
VON FELL, PLAINTIFF IN ERROR.

Submitted December 12, 1899—Decided March 5, 1900.

On error to the Supreme Court.  For opinion of the
Supreme Court, see 34 *Vroom* 3.

For the plaintiff in error, *McEwan & McEwan.*

For the defendants in error, *Warren Dixon.*

PER CURIAM.
The judgment of the Supreme Court is affirmed, for the
reasons given in that court.

*For affirmance*—DEPUE, VAN SYCKEL, GUMMERE, LUD-
LOW, COLLINS, BOGERT, NIXON, HENDRICKSON, ADAMS,
VREDENBURGH.  10.

*For reversal*—None.